**SEALED**

1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

**FILED**

SEP 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06 - MJ - 0251  GGH

| | |
|---|---|
| IN RE: ) | Case No. |
| ) | |
| SEALED ) | SEALING ORDER |
| ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that:

The complaint and accompanying affidavit, and warrant for arrest filed in the above-captioned matter be ordered **sealed** until execution of the arrest warrant.

DATED: Sep. 18, 2006

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge