1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

**FILED**

SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No. CR-S-06-389 EJG
                                     )
12              Plaintiff,           )
                                     )    **ORDER UNSEALING INDICTMENT**
13        v.                         )
                                     )
14  WILLIAM LAMAR BLESSETT,          )
    aka Jason William Blessett,      )
15                                   )
                Defendant.           )
16  _____)

17        IT IS HEREBY ORDERED that:

18        The indictment filed in the above-captioned matter be

19  ordered UNSEALED.

20

21  DATED: Sept. 27, 2006

22                                    GREGORY G. HOLLOWS
                                      _____
                                      HON. GREGORY G. HOLLOWS
23                                    United States Magistrate Judge

24

25

26

27

28

                                1