DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING ARRAIGNMENT DATE. |
| ) | |
| WILLIAM LAMAR BLESSETT, ) | |
| ) | Date: October 16, 2006 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the arraignment scheduled for October 16, 2006, at 2:00 p.m. be vacated and the matter re-calendared for October 17, 2006, at 2:00 p.m. for arraignment.

This continuance is sought by the defense in order to avoid a conflict between a Monday court appearance and a scheduled psychiatric

1  evaluation scheduled in the jail for the same day.  The scheduling
2  conflict arose after defense counsel received a for the continuance
3  until October 16, 2006, and was caused by the expert's availability and
4  need to provide information pertinent to the evaluation.
5       The court is advised that government counsel has no objection to
6  this one day continuance and has authorized defense counsel to sign
7  this stipulation on her behalf.
8       **IT IS SO STIPULATED.**

10 Dated:  October 13, 2006          /S/ Camil Skipper
                                     Camil Skipper
11                                   Assistant United States Attorney
                                     Counsel for Plaintiff

13 Dated:  October 13, 2006          /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
14                                   Assistant Federal Defender
                                     Attorney for Defendant
15                                   WILLIAM LAMAR BLESSETT

17                              **O R D E R**
18       Good cause for the further continuance of one day for the
19 defendant's appearance for arraignment being established in the above
20 stipulation, the request to continue arraignment from October 16, 2006,
21 until October 17, 2006, at 2:00 p.m. is hereby **GRANTED.**
22       **IT IS SO ORDERED.**
23 Dated:  October 16, 2006.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

Stipulation & Order              -2-