```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
```

FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM LAMAR BLESSETT,<br>  aka Jason William Blessett,<br><br>          Defendant. | CR. S-06-389 EJG<br><br>REQUEST TO FILE COMPETENCY<br>EVALUATIONS UNDER SEAL;<br>ORDER THEREON |

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Camil A. Skipper, Assistant United States Attorney for the Easter District of California, to petition this Court and respectfully represent:

1. The defendant is charged in an indictment with possessing visual depictions of minors engaged in sexually explicit conduct, a violation of Section 2252(a)(4)(B) of Title 18 of the United States Code. He is scheduled to appear before this Court for arraignment and detention hearing on October 16, 2006.

2. The defendant's competency to stand trial has been placed at issue.

3.   In late 2005 and early 2006, the defendant underwent three competency evaluations in connection with a state prosecution.

4.   On October 2, 2006, the Court invited the government to submit the competency evaluations under seal if it believed they would be helpful to the Court.

5.   The government believes the attached evaluations would be helpful to Court in assessing any other psychological evaluation the defense may have obtained prior to arraignment.

THEREFORE, the United States requests that the attached competency evaluations be filed and considered by the Court and be filed under sealed.

DATED: October 17, 2006

McGREGOR W. SCOTT
United States Attorney

By: _____
CAMIL A. SKIPPER
Assistant U.S. Attorney

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached competency evaluations filed in the above-captioned matter be ordered SEALED.

DATED: 10/17/06

_____
KIMBERLY J. MUELLER
United States Magistrate