DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, ) | |
| ) | |
| Defendant. ) | Date:  March 16, 2007 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the arraignment scheduled for March 16, 2007, at 10:00 a.m. be vacated and the matter re-calendared for May 4, 2007, at 10:00 a.m. for further status conference.

This continuance is sought by the defense in order to permit

informal resolution of an outstanding discovery request which is being considered by the government, and to permit completion of record gathering needed as part of defense consideration whether Mr. Blessett's mental condition is relevant to a defense to the charges or as mitigation of sentence in the event he is convicted.

The court is advised that government counsel has no objection to this continuance and has authorized defense counsel to sign this stipulation on her behalf.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (b)(ii) & (iv) for case complexity (given the mental health investigation and restrictions on defense access to information posed by the Adam Walsh Act) and defense preparation.

**IT IS SO STIPULATED**.

Dated:  March 15, 2007        /S/ Camil Skipper
                              Camil Skipper
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated:  March 15, 2007        /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              WILLIAM LAMAR BLESSETT

# O R D E R

Good Cause for the further continuance being established in the above stipulation, the request to continue the status conference from March 16, 2007, to May 4, 2007. hereby **GRANTED.**

Time for trial under the Speedy Trial Act is excluded pursuant to

Stipulation & Order                -2-

1 | 18 U.S.C. § 3161(h)(8)(A) & (b)(ii) & (iv) for case complexity and
2 | defense preparation as agreed to by the parties in the above
3 | stipulation.
4 | **IT IS SO ORDERED.**
5 | By the Court,

7 | Dated:  March 15, 2007          /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
8 |                                 Senior United States District Judge

Stipulation & Order                -3-