1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   WILLIAM LAMAR BLESSETT

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )  No. 2:06-cr-0389 EJG
11                                 )
                    Plaintiff,     )
12                                 )  STIPULATION AND ORDER
         v.                        )  CONTINUING STATUS CONFERENCE AND
13                                 )  EXCLUDING TIME.
    WILLIAM LAMAR BLESSETT,        )
14                                 )
                    Defendant.     )  Date:  August 17, 2007
15                                 )  Time:  10:00 a.m.
    _____ )  Judge: Hon. Edward J. Garcia
16

17
         **IT IS HEREBY STIPULATED** by and between Assistant United States
18
    Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal
19
    Defender Jeffrey L. Staniels, Counsel for Defendant that the
20
    arraignment scheduled for August 17, 2007, at 10:00 a.m. be vacated and
21
    the matter re-calendared for September 21, 2007, at 10:00 a.m. for
22
    further status conference.
23
         This continuance is sought to permit completion of the pending
24
    evaluation of Mr. Blessett to determine whether he is competent to
25
    stand trial.  Mr. Blessett is currently in the custody of the Bureau of
26
    Prions at the Metropolitan Detention Center in Los Angeles for that
27
    purpose.  The court is advised that government counsel has no objection
28

1  to this continuance and has authorized defense counsel to sign this

2  stipulation on her behalf.

3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

4  Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)

5  (examination for mental competency), Local Code A, from August 17, 2007

6  until September 21, 2007.

7      **IT IS SO STIPULATED**.

8

9  Dated:  August 15, 2007          /S/ Camil Skipper
                                    Camil Skipper
10                                   Assistant United States Attorney
                                    Counsel for Plaintiff
11

12 Dated:  August 15, 2007          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
13                                   Assistant Federal Defender
                                    Attorney for Defendant
14                                   WILLIAM LAMAR BLESSETT

15

16                            **O R D E R**

17

18     Good Cause for the further continuance being established in the

19 above stipulation, the request to continue the status conference from

20 August 16, 2007, to September 21, 2007. hereby **GRANTED**.

21     Time for trial under the Speedy Trial Act is excluded pursuant to

22 18 U.S.C. § 3161(h)(1)(A), Local Code A.

23     **IT IS SO ORDERED**.

24                          By the Court,

25

26 Dated:  August 16, 2007          /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
27                                   Senior United States District Judge

28

Stipulation & Order              -2-