DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, ) | |
| Defendant. ) | Date:  August 17, 2007 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the arraignment scheduled for September 21, 2007, at 10:00 a.m. be vacated and the matter re-calendared for September 28, 2007, at 10:00 a.m. for further status conference.

Although a report regarding Mr. Blessett's competency has been received, the Bureau of Prisons website notes that as of September 18, 2007, he is still at the Los Angeles Metropolitan Detention Center, and appears to be unavailable to appear on September 21, 2007.  In addition, this continuance is sought because of the unavailability of defense counsel who will be out of the state due to a family emergency.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) (examination for mental competency), Local Code A, and 3161(h)(8)(A) & (B)(iv)(continuity of counsel), Local Code T-4, from September 21, 2007 until September 28, 2007.

**IT IS SO STIPULATED.**

Dated: September 18, 2007   /S/ Camil Skipper
Camil Skipper
Assistant United States Attorney
Counsel for Plaintiff

Dated: September 18, 2007   /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
WILLIAM LAMAR BLESSETT

## O R D E R

Good Cause for the further continuance being established in the above stipulation, the request to continue the status conference from September 21, 2007, to September 28, 2007. hereby **GRANTED.**

Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)(Local Code A), and § 3161(h)(8)(A) & (B)(iv) (local code T-4).

**IT IS SO ORDERED.**

By the Court,

Dated: September 28, 2007   /s/ Edward J. Garcia
Hon. Edward J. Garcia
Senior United States District Judge

Stipulation & Order                -2-