```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-0389 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| WILLIAM LAMAR BLESSETT, ) | DATE: September 28, 2007 |
| aka Jason William Blessett, ) | TIME: 10:00 A.M. |
| ) | COURT: Hon. Edward J. Garcia |
| Defendant. ) | |
| _____) | |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, William Blessett, and the United States, through their respective counsel, that the status conference presently set for September 28, 2007, should be continued to October 12, 2007 at 10:00 A.M.

　　　The government is informed that the U.S. Marshal is in the process of returning the defendant to this district following the completion of his mental competency evaluation. According to a representation of the U.S. Marshal Service, the defendant will likely arrive in Sacramento on or about October 5, 2007.

　　　In light of the defendant's absence and the need for defense counsel to confer with his client upon the defendant's return to the

1

district, the parties agree that nothing of substance could be accomplished on September 28, and that a further status conference on October 12, 2007, would be appropriate. The parties also agree that time should be excluded pursuant to Local Codes A and T4.

On September 27, 2007, Jeffrey Staniels gave Camil A. Skipper permission to sign this stipulation on his behalf.

Date: September 27, 2007          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                            By:   Camil A. Skipper
                                  CAMIL A. SKIPPER
                                  Assistant U.S. Attorney


Date: September 27, 2007    By:   Jeffrey Staniels
                                  JEFFREY STANIELS
                                  Attorney for defendant


**ORDER**

The status conference is continued to October 12, 2007, at 10:00 A.M. Time shall be excluded from September 28 through October 12, 2007, pursuant to Local Codes A and T4.

IT IS SO ORDERED.

Date: September 27, 2007
                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  Senior Judge

2