```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, ) | |
| ) | |
| Defendant. ) | Date:  February 8, 2008 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for February 8, 2008, at 10:00 a.m. be vacated and the matter re-calendared for March 14, 2008, at 10:00 a.m. for a hearing to determine the defendant's competency to stand trial.

Mr. Blessett has been examined for competency at least four times. The preponderance of reports concludes that he is competent to stand trial.  However, it is counsel's conclusion, based on efforts to explain the terms of a proffered plea agreement and to explain what occurs during a guilty plea colloquy, that he does not have a sufficient understanding to engage in a change of plea proceeding, or

to communicate with counsel in a rational way either in furtherance of a defense or in reaching a rational understanding of the pros and cons of a non-trial disposition. Defense counsel believes, therefore, that a substantial question exists whether Mr. Blessett can adequately consult with counsel and assist in his own defense.

A continuance of about one month is necessary in order to marshal reports and witnesses and to have a psychiatrist previously retained by the defense update her understanding of Mr, Blessett's condition.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) (examination for mental competency), Local Code A, and 3161(h)(8)(A) & (B)(iv)(continuity of counsel), Local Code T-4, from February 7, 2008 until March 14, 2008.

**IT IS SO STIPULATED.**

Dated: February 7, 2008        /S/ Carolyn Delaney
                               Carolyn Delaney
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: February 7, 2008        /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               WILLIAM LAMAR BLESSETT


**O R D E R**

Good Cause for the further continuance being established in the above stipulation, the request to continue the status conference from February 8, 2008, to March 14, 2008, is hereby GRANTED. This case is recalendared for March 14, 2008, at 10:00 a.m. for a hearing to

Stipulation & Order                -2-

determine the defendant's competency to stand trial.

Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)(Local Code A), and § 3161(h)(8)(A) & (B)(iv) (local code T-4) until and including March 14, 2008.

**IT IS SO ORDERED.**

By the Court,

Dated: February 7, 2008        /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               Senior United States District Judge

Stipulation & Order                    -3-