```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0389 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, | ) |
| Defendant. | ) Date: March 14, 2008<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for March 14, 2008, at 10:00 a.m. be vacated and the matter re-calendared for April 11, 2008, at 10:00 a.m. for a hearing to determine the defendant's competency to stand trial.

A further continuance is necessary in order to complete preparation for a hearing into Mr. Blessett's competency and due to the unavailability of defense counsel on March 14, 2008.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) (examination for mental competency), Local Code A, and 3161(h)(8)(A) &

(B)(iv)(continuity of counsel), Local Code T-4, from March 14, 2008 until April 11, 2008.

**IT IS SO STIPULATED.**

Dated: March 13, 2008                  /S/ Carolyn Delaney
                                       Carolyn Delaney
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

Dated: March 13, 2008                  /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       WILLIAM LAMAR BLESSETT

# O R D E R

Good Cause for the further continuance being established in the above stipulation, the request to continue the status conference from March 14, 2008, to April 11, 2008, is hereby GRANTED.  This case is recalendared for April 11, 2008, at 10:00 a.m. for a hearing to determine the defendant's competency to stand trial.

Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)(Local Code A), and § 3161(h)(8)(A) & (B)(iv) (local code T-4) until and including April 11, 2008.

**IT IS SO ORDERED.**

                                       By the Court,

Dated: March 13, 2008                  /s/ Edward J. Garcia
                                       Hon. Edward J. Garcia
                                       Senior United States District Judge

Stipulation & Order                    -2-