```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  WILLIAM LAMAR BLESSETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0389 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, | ) |
| Defendant. | ) Date: April 11, 2008 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for April 11, 2008, at 10:00 a.m. be vacated and the matter re-calendared for May 2, 2008, at 10:00 a.m. for status conference. This continuance is necessary to complete discussions and consultation concerning a possible change of plea.

The court is advised that further inquiry into Mr. Blesset's competency to proceed has produced the belief by counsel that no substantial question exists that Mr. Blessett is not competent.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)

(examination for mental competency), Local Code A, and 3161(h)(8)(A) & (B)(iv)(continuity of counsel), Local Code T-4, from April 11, 2008 until May 2, 2008.

**IT IS SO STIPULATED.**

Dated: April 10, 2008          /S/ Carolyn Delaney
                               Carolyn Delaney
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: April 10, 2008          /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               WILLIAM LAMAR BLESSETT

**O R D E R**

Good Cause for the further continuance being established in the above stipulation, the request to continue the status conference from April 11, 2008, to May 2, 2008 is hereby GRANTED. This case is recalendared for May 2, 2008, at 10:00 a.m. for status conference and for change of plea or for trial setting.

Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)(Local Code A), and § 3161(h)(8)(A) & (B)(iv)(local code T-4) until and including May 2, 2008.

**IT IS SO ORDERED.**

By the Court,

Dated: April 10, 2008          /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               Senior United States District Judge

Stipulation & Order            -2-