```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, ) | |
| ) | |
| Defendant. ) | Date:   May 2, 2008 |
| ) | Time:   10:00 a.m. |
| _____ ) | Judge:  Hon. Edward J. Garcia |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for May 2, 2008, at 10:00 a.m. be vacated and the matter re-calendared for May 16, 2008, at 10:00 a.m. for status conference.  This continuance is necessary due to the unavailability of counsel and to prepare for a change of plea.

   The court is advised that further inquiry into Mr. Blesset's competency to proceed has produced the belief by counsel that no substantial question exists that Mr. Blessett is not competent.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)

1  (examination for mental competency), Local Code A, and 3161(h)(8)(A) &
2  (B)(iv)(continuity of counsel), Local Code T-4, from May 2, 2008 until
3  May 16, 2008.
4      **IT IS SO STIPULATED**.
5
6  Dated:   May 1, 2008          /S/ Carolyn Delaney
7                                        Carolyn Delaney
                                      Assistant United States Attorney
                                      Counsel for Plaintiff
8
9  Dated:   May 1, 2008          /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
10                                      Assistant Federal Defender
                                      Attorney for Defendant
11                                      WILLIAM LAMAR BLESSETT
12
13                                 **O R D E R**
14
15     Good Cause for the further continuance being established in the
16 above stipulation, the request to continue the status conference from
17 May 2, 2008, to May 16, 2008 is hereby GRANTED.  This case is
18 recalendared for May 16, 2008, at 10:00 a.m. for status conference and
19 for change of plea.
20     Time for trial under the Speedy Trial Act is excluded pursuant to
21 18 U.S.C. § 3161(h)(1)(A)(Local Code A), and § 3161(h)(8)(A) & (B)(iv)
22 (local code T-4) until and including May 16, 2008.
23     **IT IS SO ORDERED**.
24                             By the Court,
25
26 Dated:  May 1, 2008           /s/ Edward J. Garcia
                                      Hon. Edward J. Garcia
27                                    Senior United States District Judge
28

Stipulation & Order                     -2-