DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0389 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME. |
| WILLIAM LAMAR BLESSETT, ) | |
| Defendant. ) | Date:  May 16, 2008 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for May 16, 2008, at 10:00 a.m. be vacated and the matter re-calendared for June 13, 2008, at 10:00 a.m. for status conference. This continuance is necessary due to the unavailability of counsel and to prepare for a change of plea.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded pursuant to 18 U.S.C. §3161(h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation from May 16, 2008 until June 13, 2008.

1 **IT IS SO STIPULATED.**

2

3 Dated: May 15, 2008			/S/ Carolyn Delaney
					Carolyn Delaney
4					Assistant United States Attorney
					Counsel for Plaintiff
5

6 Dated: May 15, 2008			/S/ Jeffrey L. Staniels
					JEFFREY L. STANIELS
7					Assistant Federal Defender
					Attorney for Defendant
8					WILLIAM LAMAR BLESSETT

9

10 **O R D E R**

11

12   Good Cause for the further continuance being established in the
13 above stipulation, the request to continue the status conference from
14 May 16, 2008, to June 13, 2008 is hereby GRANTED.  This case is
15 recalendared for June 13, 2008, at 10:00 a.m. for status conference and
16 for change of plea.

17   Time for trial under the Speedy Trial Act is excluded pursuant to
18 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) (local code T-4) until and
19 including June 13,2008.

20 **IT IS SO ORDERED.**

21				By the Court,

22

23 Dated: May 15, 2008			/s/ Edward J. Garcia
					Hon. Edward J. Garcia
24					Senior United States District Judge

25

26

27

28

Stipulation & Order                    -2-