DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0389 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING DATE AND |
| WILLIAM LAMAR BLESSETT, | ) DEADLINE FOR MOTION TO CORRECT. |
| Defendant. | ) |
| | ) Date: August 29, 2008 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the sentencing date scheduled for August 29, 2008, at 10:00 a.m. be vacated and the matter re-calendared for October 3, 2008, at 10:00 a.m. for judgment and sentencing. This continuance is necessary due to the unavailability of counsel between August 14, 2008, and September 6, 2008.

/ / / /

/ / / /

**IT IS FURTHER STIPULATED** that any motions to correct the presentence report be filed not later than September 12, 2008.

**IT IS SO STIPULATED.**

Dated:  August 13, 2008            /S/ Camil Skipper
                                                CAMIL SKIPPER
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

Dated:  August 13, 2008            /S/ Jeffrey L. Staniels
                                                JEFFREY L. STANIELS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                WILLIAM LAMAR BLESSETT

**O R D E R**

**IT IS SO ORDERED.**

                                      By the Court,

Dated:  August 13, 2008            /s/ Edward J. Garcia
                                                Hon. Edward J. Garcia
                                                Senior United States District Judge