UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 29 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **WILLIAM LAMAR BLESSETT,** ) <br> ) <br> Defendant. ) <br> ) | Case No.  CR S-06-0389-01 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct  you to release **William Lamar Blessett**  Case  CR S-06-0389-01   WBS from custody for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __     Unsecured bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    **X**    (Other)  Defendant RESTORED on Supervised Release.

Issued at  Sacramento, CA  on  August 29, 2016    at  12:30  ~~a.m.~~/p.m. .

By  /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing