PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAMAR BLESSETT<br><br>Defendant. | CASE NO. 2:06-CR-00389-WBS<br><br>STIPULATION TO SET INITIAL APPEARANCE AND CONTINUE HEARING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 20, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 2, 2017, a Petition for Violation of Supervised Release (hereinafter "the Petition") was filed alleging violations by defendant Blessett. ECF 117. The defendant made his initial appearance on the Petition on October 4, 2017 in front of the Honorable Magistrate Judge Delaney. ECF 119. The court ordered the defendant detained. ECF 119.

2. An Admit/Deny hearing on the Petition was set for October 30, 2017 in front of the Honorable District Court Judge Shubb. At this appearance, the defendant requested a continuance to November 20, 2017, to allow for further time to review discovery and prepare. The court granted this continuance. ECF 122.

3. After discussion with the parties regarding a correction to penalties listed in the Petition,

the court further ordered that any amended petition in the matter be filed by October 31, 2017.  ECF 122.  Accordingly, on October 31, 2017, a Superseding Petition for Violation of Supervised Release (hereinafter "the Superseding Petition") was filed with corrected penalties, and removing Charge 3 of the initial petition.  ECF 123.

   4.  By this stipulation, the parties now move:

     a)  To set an Initial Appearance on the on the Superseding Petition for November 17, 2017 at 2:00 p.m. in front of the Honorable Magistrate Judge Newman; and

     b)  To continue the Admit/Deny Hearing on the Superseding Petition before the Honorable District Judge Shubb, currently set for November 20, 2017, to December 18, 2017 at 9:00 a.m., to allow defense counsel further time to review discovery, prepare his defense, and to confer with the United States regarding resolution.

   IT IS SO STIPULATED.

Dated:  November 14, 2017        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ AMY SCHULLER HITCHCOCK
                   AMY SCHULLER HITCHCOCK
                   Assistant United States Attorney

Dated:  November 14, 2017        HEATHER E. WILLIAMS'
                   Federal Defender

                   /s/ DOUGLAS BEEVERS
                   DOUGLAS BEEVERS
                   Assistant Federal Defender
                   Counsel for Defendant
                   WILLIAM LAMAR BLESSETT

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 14, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE