HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00389 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | |
| WILLIAM LAMAR BLESSETT, | Date: December 18, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Amy Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for William Lamar Blessett, that the admit/deny hearing scheduled for December 18, 2017, at 9:00 a.m., be vacated and the matter continued to January 22, 2018, at 9:00 a.m.

Defense counsel requires additional time to review the forensic evidence in this case. Probation Officer Matthew Faubert has been advised of the continuance and has no objection.

//

//

//

//

//

//

Stipulation and Proposed Order                    -1-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 13, 2017 | |
| | | Respectfully submitted, |
| 3 | | |
| | | HEATHER E. WILLIAMS |
| 4 | | Federal Defender |
| 5 | | */s/ Douglas J. Beevers* |
| | | DOUGLAS J. BEEVERS |
| 6 | | Assistant Federal Defender |
| 7 | | Attorney for WILLIAM LAMAR BLESSETT |
| 8 | | |
| 9 | DATED: December 13, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 10 | | */s/ Amy Hitchcock* |
| 11 | | AMY HITCHCOCK |
| | | Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

**O R D E R**

The Court orders Mr. Blessett's admit/deny hearing set for December 18, 2017 continued to January 22, 2018 at 9:00 a.m.

Dated: December 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE