McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00389 WBS |
|---|---|
| Plaintiff, | STIPULATION TO VACATE EVIDENTIARY HEARING AND SET STATUS; [PROPOSED] ORDER |
| v. | |
| WILLIAM LAMAR BLESSETT, | DATE: February 26, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 31, 2017 a Superseding Petition for Violation of Supervised Release ("the Petition") was filed alleging violations by the defendant. On January 22, 2018, defendant entered a denial of all charges. An evidentiary hearing was set February 26, 2018.

2. The parties have since conferred regarding the status of the matter and possible new criminal charges, as well as the potential for resolution of the Petition. Defense counsel requires additional time to assess any new charges, review and analyze forthcoming discovery related to those charges, and confer with his client.

3. By this stipulation, the parties now move to vacate the currently set evidentiary hearing and set a status conference for April 9, 2018 at 9:00 a.m.

4. Probation Officer Matthew Faubert has been consulted and does not object to the proposed actions.

IT IS SO STIPULATED.

Dated: February 21, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: February 21, 2018  /s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
WILLIAM LAMAR BLESSETT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 21, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE