McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>　　　　　　　　Defendant. | CASE NO. 2:06-CR-00389<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS<br><br>DATE: April 9, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A Superseding Petition Regarding Supervised Release Violations was filed in this case on October 31, 2017. *See* ECF 123.

2. On February 2, 2018, an Indictment was filed in *United States v. Blessett*, 2:18-cr-00033-WBS. On February 26, 2018, the Court ordered that this case be related to Case No. 2:18-cr-00033 because the cases involve the same defendant and similar facts and issues of law. *See* ECF 135.

3. By previous order, this matter was set for status on April 9, 2018.

4. By this stipulation, the parties now move to continue the status in this case to May 21, 2018 at 9:00 a.m. to allow defense counsel further time to review discovery, prepare his defense, and conduct legal and factual research relevant to both Related Cases. The parties further wish more time to

confer regarding resolution.

IT IS SO STIPULATED.

Dated: April 3, 2018								McGREGOR W. SCOTT
											United States Attorney


											 /s/ AMY SCHULLER HITCHCOCK
											AMY SCHULLER HITCHCOCK
											Assistant United States Attorney


Dated: April 3, 2018								 /s/ DOUGLAS BEEVERS
											DOUGLAS BEEVERS
											Counsel for Defendant
											WILLIAM LAMAR BLESSETT


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 3, 2018

											WILLIAM B. SHUBB
											UNITED STATES DISTRICT JUDGE