McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>Defendant. | CASE NO. 2:06-CR-00389 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS<br><br>DATE: May 21, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A Superseding Petition Regarding Supervised Release Violations was filed in this case on October 31, 2017. *See* ECF 123.

2. On February 2, 2018, an Indictment was filed in *United States v. Blessett*, 2:18-cr-00033-WBS. On February 26, 2018, the Court ordered that this case be related to Case No. 2:18-cr-00033 because the cases involve the same defendant and similar facts and issues of law. *See* ECF 135.

3. By previous order, this matter was set for status on May 21, 2018.

4. By this stipulation, the parties now move to continue the status in this case to July 30, 2018 at 9:00 a.m. to allow defense counsel further time to review discovery, prepare his defense, and conduct legal and factual research relevant to both Related Cases. The parties further wish more time to

confer regarding resolution.

IT IS SO STIPULATED.

Dated: May 17, 2018						McGREGOR W. SCOTT
									United States Attorney

									 /s/ AMY SCHULLER HITCHCOCK
									AMY SCHULLER HITCHCOCK
									Assistant United States Attorney


Dated: May 17, 2018						 /s/ DOUGLAS BEEVERS
									DOUGLAS BEEVERS
									Counsel for Defendant
									WILLIAM LAMAR BLESSETT


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE