McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2822
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00389 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS |
| v. | DATE: July 30, 2018 |
| WILLIAM LAMAR BLESSETT, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A Superseding Petition Regarding Supervised Release Violations was filed in this case on October 31, 2017. *See* ECF 123.

2. On February 2, 2018, an Indictment was filed in *United States v. Blessett*, 2:18-cr-00033-WBS. On February 26, 2018, the Court ordered that this case be related to Case No. 2:18-cr-00033 because the cases involve the same defendant and similar facts and issues of law. *See* ECF 135.

3. By previous order, this matter was set for status on July 30, 2018.

4. By this stipulation, the parties now move to continue the status in this case to October 1, 2018 to allow defense counsel further time to review discovery, prepare his defense, and conduct legal and factual research relevant to both Related Cases. The parties further wish more time to confer

regarding resolution.

IT IS SO STIPULATED.

Dated: July 25, 2018      McGREGOR W. SCOTT
United States Attorney

/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: July 25, 2018      /s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
WILLIAM LAMAR BLESSETT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE