McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>　　　　　　Defendant. | CASE NO. 2:06-CR-00389 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS<br><br>DATE: October 1, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A Superseding Petition Regarding Supervised Release Violations was filed in this case on October 31, 2017. *See* ECF 123.

2. On February 2, 2018, an Indictment was filed in *United States v. Blessett*, 2:18-cr-00033-WBS. On February 26, 2018, the Court ordered that this case be related to Case No. 2:18-cr-00033 because the cases involve the same defendant and similar facts and issues of law. *See* ECF 135.

3. By previous order, this matter was set for status on October 1, 2018.

4. By this stipulation, the parties now move to continue the status in this case to October 22, 2018, to allow defense counsel further time to review discovery, prepare his defense, and conduct legal and factual research relevant to both Related Cases. The parties further wish more time to confer

regarding resolution.

IT IS SO STIPULATED.

Dated: September 26, 2018         McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ AMY SCHULLER HITCHCOCK
                                  AMY SCHULLER HITCHCOCK
                                  Assistant United States Attorney


Dated: September 26, 2018         /s/ DOUGLAS J. BEEVERS
                                  DOUGLAS J. BEEVERS
                                  Counsel for Defendant
                                  WILLIAM LAMAR BLESSETT


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE